H. B. Isaacson & Son, appellee, v. David Bramson, appellant. Gen. No. 25,215.

Action to recover balance due for merchandise sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the Branch

Appellate Court at the March term, 1919. Affirmed. Opinion filed May 28, 1920.

Morris K. Levinson, for appellant. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Mr. Justice Barnes delivered the opinion of the court.